```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
IN RE:                              Chapter 11
                                    Case No. 12-47345
    JMW REALTY LLC,


                    Debtor.         NOTICE OF APPEARANCE AND
---------------------------------X  DEMAND FOR SERVICE OF PAPERS
```

PLEASE TAKE NOTICE, that pursuant to section 1109(b) of Title 11, United States Code (the "Bankruptcy Code") and Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned requests on behalf of ROSENBERG REALTY COMPANY, a secured creditor in the above-captioned case, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following: DEUTSCH & SCHNEIDER, LLP, 79-37 Myrtle Avenue, Glendale, New York 11385 (718) 417-1700.

PLEASE TAKE FURTHER NOTICE, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests, petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, Facsimile or other electronic means.

```
Dated:  Glendale, New York     DEUTSCH & SCHNEIDER, LLP
        November 6, 2012
                               /s/ Doris Barkhordar
                           BY:_____
                               Doris Barkhordar, Esq.
                               Attorneys for
                               ROSENBERG REALTY COMPANY
                               79-37 Myrtle Avenue
                               Glendale, New York 11385
                               (718)417-1700

TO:  CLERK OF THE COURT
     SERVICE LIST
```

AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ss.:
COUNTY OF QUEENS        )

The undersigned hereby certifies under penalty of perjury that I am more than 18 years of age and that a true and correct copy of the foregoing NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS was served upon the parties set forth on the attached Service List by first class mail on November 6, 2012.

/s/Jessica Hernandez
_____
JESSICA HERNANDEZ

Sworn to before me this
November 6, 2012

/s/Doris Barkhordar
_____
    Notary Public

DORIS BARKHORDAR
NOTARY PUBLIC STATE OF NEW YORK
QUALIFIED IN NASSAU COUNTY
LIC # 02BA6053713
COMMISSION EXPIRES 01/16/2015

**SERVICE LIST**

JMW REALTY LLC
C/O Abraham Piller
370 19th Street
Brooklyn, NY 11215

Bruce Weiner, Esq.
Rosenberg, Musso & Wiener, LLP
26 Court Street, Suite 2211
Brooklyn, NY 11242

United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, New York, 11201

_____
Case No. 12-47345                                    Chapter 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
======================================================================
IN RE:



JMW REALTY LLC,




                                                     Debtor.
======================================================================

         NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

======================================================================

**DEUTSCH & SCHNEIDER, LLP**
Attorneys for
ROSENBERG REALTY COMPANY
Office & P.O. Address, Telephone
Glendale Office
79-37 Myrtle Avenue
Glendale, New York  11385
Telephone  (718) 417-1700